IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Vinson, Patrice C | Case Number:  07 B 24380 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  12/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion:  April 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,510.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,510.00 |
| Totals: | 1,510.00 | 1,510.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Washington Mutual | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual | Secured | 15,000.00 | 0.00 |
| 3. | RMI/MCSI | Unsecured | 1,950.00 | 0.00 |
| 4. | Nuvell Credit Company LLC | Unsecured | 15,571.08 | 0.00 |
| 5. | National Capital Management | Unsecured | 928.05 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 1,466.42 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 1,212.59 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 574.62 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 328.65 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 524.58 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 3,242.49 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 248.81 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | Credit Collection | Unsecured | | No Claim Filed |
| 15. | Financial Asset Management Systems, Inc | Unsecured | | No Claim Filed |
| 16. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 17. | First Premier | Unsecured | | No Claim Filed |
| 18. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 19. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| 20. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 41,047.29 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vinson, Patrice C

Printed: 6/24/08

Case Number: 07 B 24380
Judge: Wedoff, Eugene R
Filed: 12/28/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

